Robert F. Kull (SBN 069092)
KULL + HALL LLP
1337 Ocean Ave., Suite B
Santa Monica, CA 90401
Email: rkull@kullhall.com
Tel: 310.451.6100
Fax: 310.451.6033

Attorneys for defendant The SoCo Group, Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Love,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>The Soco Group, Inc., a California Corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: 3:14-cv-02764-CAB (RBB)<br><br>Judge: Hon. Cathy Ann Bencivengo<br><br>**APPLICATION FOR STAY AND EARLY EVALUATION CONFERENCE OR, ALTERNATIVELY, FOR A MANDATORY SETTLEMENT CONFERENCE**<br><br>Date Action Filed: Nov. 20, 2014 |

　　　Pursuant to California Civil Code section 55.54 (part of Construction-Related Accessibility Standards Compliance Act) which is applicable to both state and federal claims of violation of construction-related access standards,[1] defendant

---

[1] Civil Code section 55.52(a)(6) defines "construction-related accessibility standard" as:

　　a provision, standard, or regulation *under state or federal law* requiring compliance with standards for making new construction and existing facilities accessible to persons with disabilities,

The SoCo Group, Inc. hereby requests and is entitled to a stay of proceedings for ninety (90) days pending the holding of an Early Evaluation Conference, based on the following facts (Civ. Code § 55.54(a)(1)):

    1.    The Complaint in this action alleges a construction-related accessibility claim, as defined in Civil Code section 55.52(a)(1).

    2.    Defendant contends that the alleged van accessible parking deficiencies have been corrected.

    3.    That the site's new construction or improvement passed inspection by a local building department inspector who is a certified access specialist; that, to the best of defendant's knowledge, there have been no modifications or alterations completed or commenced since that inspection approval that impacted compliance with construction-related accessibility standards with respect to the plaintiff's claim except that all violations giving rise to the claim have been corrected within 60 days of the Complaint being served.

    4.    Defendant shall submit to the neutral evaluator within fifteen (15) days of the scheduled conference a Certified Access Specialist ("CASp") inspection report for the subject site and/or evidence within ten (10) days of the Court ordering an Early Evaluation Conference evidence of all violations giving rise to the claim have been corrected within 60 days of the Complaint being served.

Alternatively, if the Court should believe that defendant has not made the showing required for a stay and neutral evaluation conference, defendant SoCo

---

including, but not limited to, any provision, standard, or regulation set forth in Section 51, 54, 54.1, or 55 of this code, Section 19955.5 of the Health and Safety Code, the California Building Standards Code (Title 24 of the California Code of Regulations), *the federal Americans with Disabilities Act of* 1990 (Public Law 101-336; 42 U.S.C. Sec. 12101 et seq.), and *the federal Americans with Disabilities Act Accessibility Guidelines* (Appendix A to Part 36 of Title 28 of the Code of Federal Regulations).

hereby alternatively requests a mandatory settlement conference be scheduled by the Court at an early date, as provided by Civil Code section 55.545.[2]

WHEREFORE, defendant The SoCo Group, Inc. respectfully requests that the Court:

(1)  Enter an order staying prosecution of this action pending a neutral evaluation conference to be set within 70 days, 15 days prior to which conference defendant shall file a CASp report and serve a copy of the same on the Court and plaintiff's counsel, which report shall be kept confidential per Civil Code section 55.54(d)(4) or file with the Court and serve on plaintiff evidence of correction of all violations within 10 days of the Court granting the stay; or

(2)  Alternatively, set the matter for a Mandatory Settlement Conference to be conducted at the early convenience of the Court.

DATED:  January 26, 2015                KULL + HALL LLP


By:   /s/  Robert F. Kull
      Robert F. Kull,
      Attorneys for defendant The SoCo
      Group, Inc.

---

[2]  Said statute reads as follows:

(a)  A defendant who does not qualify for an early evaluation conference pursuant Section 55.54, or who forgoes the provisions of Section 55.54, may request a mandatory evaluation conference. A plaintiff may, if the defendant does not make the request with the filing of the responsive pleadings, request a mandatory evaluation conference by filing an application within 15 days of the defendant's filing of responsive pleadings.

3

APPLICATION FOR STAY AND EARLY EVALUATION CONFERENCE OR, ALTERNATIVELY, FOR A MANDATORY SETTLEMENT CONFERENCE
CASE NO. 3:14-cv-02764-CAB (RBB)